No. 500. MINNESOTA *v.* NATIONAL TEA Co. ET AL. December 11, 1939. Petition for writ of certiorari to the Supreme Court of Minnesota granted. *Messrs. J. A. A. Burnquist,* Attorney General of Minnesota, *Matthias N. Orfield,* and *George W. Markham* for petitioner. *Messrs. Michael J. Doherty, Wilfrid E. Rumble,* and *William Mitchell* for respondents.

No. 514. THORNHILL *v.* ALABAMA. December 11, 1939. Petition for writ of certiorari to the Court of Appeals of Alabama granted. *Messrs. James J. Mayfield* and *Joseph A. Padway* for petitioner. *Messrs. Thos. S. Lawson,* Attorney General of Alabama, and *William H. Loeb,* Assistant Attorney General, for respondent.

No. 562. CONNOR *v.* CALIFORNIA ET AL. December 18, 1939. Motion for leave to proceed *in forma pauperis,* and petition for writ of certiorari to the Supreme Court of California, granted. *Frank S. Connor, pro se.* No appearance for respondents.

No. 571. COBBLEDICK ET AL. *v.* UNITED STATES;
No. 572. BRAWNER ET AL. *v.* SAME; and
No. 573. PALMUTH ET AL. *v.* SAME. December 18, 1939. The petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit in these cases is granted. *Messrs. Felix T. Smith* and *Chalmers G. Graham* for petitioners. *Solicitor General Jackson* for the United States. Reported below: 107 F. 2d 975.

No. 542. CITY OF YONKERS *v.* DOWNEY, RECEIVER;
Nos. 543 and 544. LOEHR, MAYOR, ET AL. *v.* SAME; and